**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HONDA LEASE TRUST, | Civil No.: 22-cv-4862 (KSH) (CLW) |
| *Plaintiff*, | |
| v. | |
| BUTLER TOWNSHIP and MALANGA'S AUTOMOTIVE, | |
| *Defendants*, | |
| and | |
| MALANGA'S AUTOMOTIVE, | |
| *Defendant/Third-Party Plaintiff*, | **ORDER** |
| v. | |
| VINCENT MEDINA, | |
| *Third-Party Defendant*. | |

THIS MATTER having come before the Court on the motion (D.E. 23) of plaintiff Honda Lease Trust for summary judgment, and the cross-motion (D.E. 28) of defendant Butler Township for summary judgment; the Court having considered the parties' submissions; and for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 28th day of June, 2024,

**ORDERED** that plaintiff's motion for summary judgment (D.E. 23) is denied, and defendant's cross-motion (D.E. 28) is granted as a matter of law; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1